UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JENNIFER BATTAGLIA,

                        Plaintiff,                    No. 16-cv-4322-ADS-AKT

-against-

GARDEN CITY CATERERS, INC.,                    STIPULATION OF
STEWART MANOR COUNTRY CLUB, LLC,        DISCONTINUANCE WITH
NFRP CATERING, INC.,                                  PREJUDICE
NFRP CATERING, INC. d/b/a SEA CLIFF MANOR,
NICHOLAS PELLEGRINI, individually,
FRANK PALADINO, individually
ROBERT MARTINI, individually,
PETER DOE, individually,
and IAN DINNALL, individually,

                     Defendants.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   APR 11 2017   ★

LONG ISLAND OFFICE

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, with prejudice and without costs or attorneys' fees to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Derek T. Smith Law Group, PLLC         Law Office of Ralph A. Somma
Attorneys for Plaintiff                             Attorney for Defendants
30 Broad Street, 35th Fl.                      175 West Main Street, Suite 1
New York, NY 10004                            Babylon, NY 11702
(212) 587-0760                                   (631) 587-1699

By: _____              By: _____
     Zachary Holzberg, Esq.                       Ralph A. Somma, Esq. (RS 3473)

SO ORDERED: Case closed.

s/ Arthur D. Spatt                                4/11/17
_____                           _____
Arthur D. Spatt, U.S.D.J.                               Date